# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Theranos, Inc. and Elizabeth Holmes      ) | |
|                  ) | |
|     1601 S California Avenue        ) | |
|     Palo Alto, CA 94304            ) | |

Theranos, Inc. and Elizabeth Holmes    )

    1601 S California Avenue      )
    Palo Alto, CA 94304      )

               Plaintiffs,    )

    v.                           )     Civil Case No. _____

                          )

McDermott Will & Emery LLP       )

    500 North Capitol Street NW     )
    Washington, DC 20001        )

                 Defendant.    )

## DEFENDANT'S NOTICE OF REMOVAL

Defendant McDermott Will & Emery LLP ("McDermott") hereby files this Notice of Removal of the above-entitled action to the United States District Court for the District of Columbia, from the Superior Court of the District of Columbia, pursuant to 28 U.S.C. §§ 1441 and 1446, and states:

1.      On December 29, 2012, Plaintiffs Theranos, Inc. and Elizabeth Holmes commenced a civil action against McDermott in the Superior Court of the District of Columbia, Civil Division. That action, Civil Action No. 2012 CA 009617, is now pending in that court. A copy of the Complaint, Exhibits, Summons and Initial Order are attached hereto as Exhibit A.

2.      McDermott was served with the Complaint on January 2, 2013. Accordingly, Defendant McDermott is filing this Notice of Removal within 30 days after receipt of the Complaint and Summons. *See* 28 U.S.C. § 1446(b). There have been no further proceedings in the action in the Superior Court of the District of Columbia.

1

3.     Removal is proper because this action arises under patent laws of the United States and Plaintiff's right to relief necessarily depends on resolution of a substantial question of federal patent law.  *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 1331; 28 U.S.C. § 1338(a) ("The district courts shall have original jurisdiction of any civil action arising under any Act of Congress relating to patents."); *Christianson v. Colt Industries Operating Corp.*, 486 U.S. 800 (1998) (Exclusive jurisdiction under Section 1338(a) applies "only to those cases in which a well-pleaded complaint establishes either that federal patent law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal patent law, in that patent law is a necessary element of one of the well-pleaded claims.").

4.     Resolution of Plaintiffs' claims for legal malpractice and breach of fiduciary duty implicates substantial questions of United States patent law.  *See* 28 U.S.C. § 1338(a). Specifically, Plaintiffs allege that McDermott's actions resulted in misappropriation of its intellectual property, which purportedly resulted in an ongoing patent  dispute that currently is pending in the United States District Court for the Northern District of California.  *See Theranos, Inc., et al. v. Fuisz Technologies, Ltd. et al*, C.A. No. 11-05236.  Any claims against McDermott in this action necessarily require findings regarding the scope of the patents-at-issue, and whether they are infringed, valid and/or enforceable.

5.     Pursuant to 28 U.S.C. § 1446(a), removal to the United States District Court for the District of Columbia is proper because this is the federal district court for the district and division where the state court suit is pending.

6.     There is a related case pending in the U.S. District Court for the Northern District of California.  *See Theranos, Inc., et al. v. Fuisz Technologies, Ltd. et al*, C.A. No. 11-05236.

7.     As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Defendant McDermott are being filed with this Notice of Removal.

8.     As required by 28 U.S.C. § 1446(d), Defendant McDermott, through its counsel, will serve copies of this Notice of Removal, without the attached state court papers, on Plaintiffs Theranos, Inc. and Elizabeth Holmes and on the Clerk of the Superior Court of the District of Columbia, Civil Division.

9.     McDermott is a partnership; accordingly, no Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 is filed herewith.


Dated:  January 22, 2012                    Respectfully submitted,

 

                                            _____
                                            Roger E. Warin (DC Bar No. 90241)
                                            Steven K. Davidson (DC Bar No. 407137)
                                            Emily Nestler (DC Bar No. 973886)
                                                    (District Court admission pending)
                                            Molly Bruder Fox (DC Bar No. 981619)
                                                    (District Court admission pending)
                                            Steptoe & Johnson LLP
                                            1330 Connecticut Ave, NW
                                            Washington, D.C. 20036
                                            (202) 429-3000 (telephone)
                                            (202) 429 -3902 (facsimile)
                                            rwarin@steptoe.com
                                            sdavidson@steptoe.com
                                            enestler@steptoe.com
                                            mbfox@steptoe.com

                                            *Counsel for Defendant McDermott Will & Emery LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Removal was served this 22nd day of January by electronic-mail and U.S. mail, first-class postage prepaid, on the following counsel of record:

> David Boies, Esq.
> Donald Flexner, Esq.
> Tanya Chutkan, Esq.
> Boies, Schiller & Flexner LLP
> 5301 Wisconsin Ave. NW
> Washington, DC 20015
>
> *Counsel for Plaintiffs Theranos, Inc. and Elizabeth Holmes*

Molly Bruder Fox